IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD DZIONARA-NORSEN,      )
                                          )

     Petitioner,               )
                                          )

       v.                    )
                                          )     Civil Action No. 3:25-155

WARDEN MICHAEL UNDERWOOD, et al.,   )     Judge Nora Barry Fischer
                                          )     Magistrate Judge Patricia L. Dodge

     Respondents.             )

**MEMORANDUM ORDER**

AND NOW, this 6th day of May, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Patricia L. Dodge on April 22, 2026, (Docket No. 27), recommending that the § 2241 habeas petition filed by Petitioner Richard Dzionara-Norsen against Respondents Warden Michael Underwood et al. be summarily dismissed, as moot, because he filed the Petition at a time when he was in BOP custody but was subsequently transferred to a Residential Reentry Center in Rochester, New York and later released from BOP custody as of November 28, 2025, (Docket No. 27), and citing this Court's prior decision in *Norsen v. U.S. Marshal's Service*, Civ. A. No. 3:24-102, Docket No. 29 (W.D. Pa. Mar. 16, 2026), dismissing a prior § 2241 Petition he had filed, as moot, for the same and other reasons, and directing that any objections were due within 14 days, (Docket No. 27), Petitioner's Motion filed on May 4, 2026 indicating that he is currently incarcerated at Livingston County Jail in Geneseco, NY and requesting that this matter be stayed for 1-4 months and/or that he be granted an extension of time to file objections to the Report and Recommendation, (Docket No. 28), and upon independent review of the record and de novo consideration of the Magistrate Judge's April 22,

1

2026 Report and Recommendation, (Docket No. 27), and the Court taking judicial notice of the Docket Report in Petitioner's criminal case at 6:19-cr-06131-FPG-MWP-1 (W.D. N.Y.), indicating that he is presently subject to a petition from the Probation Office alleging that he committed violations of his supervised release and a detention order has been issued in that case, *see United States v. Dzionara-Norsen*, Crim. No. 6:19-cr-06131-FPG-MWP-1, Docket Nos. 236, 250 (W.D. N.Y. Mar. 13, 2026); *see also Grasinger v. Caterpillar, Inc.*, Civ. A. No. 21-956, 2023 WL 4846843, at *1 (W.D. Pa. July 28, 2023) (quoting *Johnson v. Allegheny Cnty.*, No. 2:14-CV-857, 2014 WL 5513769, at *2 n.2 (W.D. Pa. Oct. 31, 2014)) ("It is well established that "[t]his Court may properly take judicial notice of docket entries, documents, and opinions filed in other cases.").

IT IS HEREBY ORDERED that Petitioner's Motion [28] is DENIED.  In so holding, the Court notes that even if Petitioner established good cause for the requested extension, his habeas claims under § 2241 are moot given his release from BOP custody and his present detention in a different facility located in the Western District of New York.  *See e.g.*, *Malik v. Warden Loretto FCI*, No. 23-2281, 2024 WL 3649570, at *2 (3d Cir. Aug. 5, 2024) ("Because Malik had been released to prerelease custody, his request for release to such custody was moot. […] Regardless of whether his request for an earlier transfer to supervised release was moot at the time of the Magistrate Judge's order or simply meritless because he had already received the maximum credit allowed towards an earlier release from custody to supervised release, see § 3624(g)(3), such a request is moot now that Malik is on supervised release."); *Constantine v. United States*, No. 1:23-CV-22, 2023 WL 6811999, at *2 (W.D. Pa. Aug. 28, 2023), *report and recommendation adopted,* No. CV 23-22, 2023 WL 6810862 (W.D. Pa. Oct. 16, 2023) ("Since the BOP released Petitioner from its custody, there is no longer any habeas relief that this Court can provide.");

2

IT IS FURTHER ORDERED that the Magistrate Judge's April 22, 2026 Report and Recommendation is ADOPTED as the opinion of this Court, as supplemented herein;

IT IS FURTHER ORDERED that the claims set forth in the § 2241 Petition (Docket No. 8) are dismissed, with prejudice, as moot and no certificate of appealability shall issue, *see Goodloe v. Warden Lewisburg USP*, 2025 WL 342189, *1, n.1 (3d Cir. 2025) (citing *Reese v. Warden Phila. FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("a federal prisoner challenging the denial of a § 2241 petition, he need not obtain a certificate of appealability"); and,

IT IS FURTHER ORDERED that an appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Patricia L. Dodge

cc:     RICHARD DZIONARA NORSEN
        Livingston County Jail
        4 Court Street
        Geneseo, NY 14454 (via first class mail)

        RICHARD DZIONARA-NORSEN
        926 Highland Avenue
        Rochester, NY 14620 (via first class mail)

3
